IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

**FILED**

FEB 06 2024

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

Timothy James Kellogg,

(Enter the full name of the plaintiff.)

v.

Case No. CIV-24-135-HE
(Court Clerk will insert case number)

(1) Tony Aguilera,

(2) Jace Gilley,

(3) Cole, Jack.

(Enter the full name of each defendant. Attach
additional sheets as necessary.)

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

### Initial Instructions

1.      You must type or legibly handwrite the Complaint, and you must answer all questions concisely and in the proper space. Where more space is needed to answer any question, you may attach a separate sheet.

2.      You must provide a full name for each defendant and describe where that defendant resides or can be located.

3.      You must send the original complaint and one copy to the Clerk of the District Court.

4.      You must pay an initial fee of $402 (including a $350 filing fee and a $52 administrative fee). The complaint will not be considered filed until the Clerk receives the $402 fee or you are granted permission to proceed *in forma pauperis*.

5.      If you cannot prepay the $402 fee, you may request permission to proceed *in forma pauperis* in accordance with the procedures set forth in the Court's form application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915; Local Civil Rule 3.3.

Rev. 10/20/2015

Defendants

(4) Marcus Mercer
(5) Cortnie Seiss
(6) Cheyenne Underwood
(7) David A. Cincotta
(8) Carrie E. Hixon
(9) Tom Newby
(10) August Heim
(11) Tryston Walsh
(12) Danielle Wilson
(13) Lincoln County Sherriff's Office
(14) Javier Martinez
(15) Terri Turley
(16) Eva Gray
(17) Christy Baird
(18) Bruce Pittman
(19)

- If the court grants your request, the $52 administrative fee will not be assessed and your total filing fee will be $350.

- You will be required to make an initial partial payment, which the court will calculate, and then prison officials will deduct the remaining balance from your prison accounts over time.

- These deductions will be made until the entire $350 filing fee is paid, **regardless of how the court decides your case.**

7.    The Court will review your complaint before deciding whether to authorize service of process on the defendants. *See* 28 U.S.C. §§ 1915(e)(2), 1915A; 42 U.S.C. § 1997e(c)(1). If the Court grants such permission, the Clerk will send you the necessary instructions and forms.

8.    If you have been granted permission to proceed *in forma pauperis*, the United States Marshals Service will be authorized to serve the defendants based on information you provide. If you have not been granted permission to proceed *in forma pauperis*, you will be responsible for service of a separate summons and copy of the complaint on each defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.


## COMPLAINT

**I.    Jurisdiction is asserted pursuant to:**

X   42 U.S.C. § 1983 and 28 U.S.C. § 1343(a)(3) (NOTE: these provisions generally apply to state prisoners), or

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (NOTE: these provisions generally apply to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

(Federal Title 18 section 2071)(Federal Title 18 Section 1001)
(Federal Title 42 Section 3617)(Oklahoma Code 201)
(Federal Title 18 section 242)(Federal Constitutional Amendments 1, 4 5 6 8 9, 10, 14)

**II.**    **State whether you are a:**

___ Convicted and sentenced state prisoner

___ Convicted and sentenced federal prisoner

✕ Pretrial detainee

___ Immigration detainee

___ Civilly committed detainee

✕ Other (please explain) Probationee _____

**III.**    **Previous Federal Civil Actions or Appeals**

List each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility.

1. Prior Civil Action/Appeal No. 1

    a. Parties to previous lawsuit:

       Plaintiff(s):_____

       Defendant(s):_____

       _____

    b. Court and docket number:_____

    c. Approximate date of filing:_____

    d. Issues raised: _____

       _____

       _____

    e. Disposition (for example:  Did you win? Was the case dismissed? Was summary judgment entered against you? Is the case still pending? Did you appeal?): _____

       _____

    f. Approximate date of disposition: _____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a separate sheet(s).

Rev. 10/20/2015

**IV.    Parties to Current Lawsuit**

State information about yourself and each person or company listed as a defendant in the caption (the heading) of this complaint.

1.    Plaintiff

Name and any aliases: Timothy James Kellogg

Address: 101 S. 11th St. Duncan, OK 73533

Inmate No.: 188495

2.    Defendant No. 1

Name and official position: Tony Aguilera, Police officer

Place of employment and/or residence: Marlow Police Department 115 N. 2nd Marlow, OK 73055

How is this person sued?  (  ) official capacity, (  ) individual capacity, (X) both

3.    Defendant No. 2

Name and official position: Jace Gilley, police officer

Place of employment and/or residence: Marlow Police Department 115 N. 2nd Marlow, OK 73055

How is this person sued?  (  ) official capacity, (  ) individual capacity, (X) both

If there are more than two defendants, describe the additional defendants using this same format on a separate sheet(s).

Rev. 10/20/2015

4  Defendant No.3
   Name and official Position: Cole Jack
   Police Officer
   Place of employment and/or residence: Marlow
   Police Department 115 N. 2nd Marlow, OK 73055
   How is this Person sued? ( ) official Capacity, ( ) individual Capacity (X)
   both

5  Defendant NO.4
   Name and official Position: Marcus Mercer
   Police officer, How is this Person sued (X) both
   Place of employment and/or residence: Marlow Police
   Department 115N. 2nd Marlow, OK 73055

6  Defendant NO.5
   Name and official Position: Cortnie Seiss
   Assistant District Attorney How is this Person sued (X) both
   Place of employment and/or residence: 101 S. 11th
   Duncan, OK 73533

7  Defendant NO. 6
   Name and official Position: Cheyenne Underwood
   O.I.D.S. Attorney
   Place of employment and/or residence: 101 S. 11th
   Duncan OK 73533
   How is this Person sued? ( ) official Capacity, ( ) individual Capacity (X) both.

8  Defendant NO.7
   Name and official Position: David A. Cincotta. Paid Attorney.
   Place of employment and/or residence 3422 NW 135th St. OKC, OK 73120-4009
   How is this Person sued? ( ) official Capacity, ( ) individual Capacity (X) both

9    Defendant NO 8:
     Name and official position: Carrie E. Hixon
     Associate District Judge.
     Place of employment: 101 S. 14th Duncan, OK 73533
     How is this person sued? ( ) official capacity, ( ) individual
     capacity, (X) both

10   Defendant NO 9:
     Name and official position: Tom Newby
     District Judge
     Place of employment: 114 W. Broadway Ave.
     Enid, OK 73701
     How is this person sued? ( ) official capacity, ( ) individual
     capacity, (X) both

11   Defendant NO 10:
     Name and official position: August Heim
     Oklahoma Department of Corrections Probation & Parole officer
     Place of employment: Holdenville Probation & Parole
     office Holdenville OK. Main office is Ada Probation &
     Parole office, Ada OK.
     How is this person sued? ( ) official capacity, ( ) individual
     capacity (X) both.

12   Defendant NO 11:
     Name and official position: Tryston Walsh
     Oklahoma Department of Corrections Probation & Parole officer
     Place of employment: Holdenville Probation & Parole office
     Holdenville, OK Main office Ada, OK
     How is this person sued? ( ) official capacity, ( ) individual capacity, (X) both

13. Defendant no: 12
Name and official position: Danielle Wilson
Oklahoma Department of Corrections Probation & Parole Team
Supervisor. Place of employment: Ada Probation & Parole office
Ada, OK. How is this person sued? ( ) official capacity, ( )
individual capacity, (X) both.

14. Defendant no: 13
Name and official position: Name Unknown
Sheriff of Lincoln County.
Place of employment: Lincoln County Sheriffs
Office, Chandler, OK. How is this person sued? ( ) official
capacity, ( ) individual capacity, (X) both.

15. Defendant no: 14
Name and official position: Javier Martinez
Stephens County Jail Administrator
Place of employment: 101 S. 11th Duncan ok 73533
How is this person sued? ( ) official capacity, ( ) individual capacity, (X)
both. 16. Defendant no: 15
Name and official position: Terri Turley, Jail
administration. Place of employment: 101 S. 11th
Duncan, OK 73533. How is this person sued? ( ) official
capacity, ( ) individual capacity, (X) both.

17. Defendant no: 16
Name and official position: Eva Gray, Jail administration
Place of employment: 101 S. 11th Duncan ok 73533
How is this person sued? ( ) official capacity, ( ) individual capacity
(X) both.

18 | Defendant No: 17
Name and official Position: Christy Baird Detention
officer. Place of employment: 101 S. 11th Duncan, ok 73533
How is this person Sued? ( ) official Capacity, ( ) individual Capacity, (X)

19 | both. 19. Defendant No: 18
Name and official Position Bruce Pittman, Detention officer
Place of employments 101 S. 11th Duncan, ok 73533
How is This person Sued? ( ) official Capacity, ( ) individual capacity (X)
both.

V.    **Cause of Action**

<u>Instructions</u>

1.    *Provide a short and plain statement of each claim.*

- Describe the facts that are the basis for your claim.

- You can generally only sue defendants who were directly involved in harming you. Describe how each defendant violated your rights, giving dates and places.

- Explain how you were hurt and the extent of your injuries.

2.    *You are not required to cite case law.*

- Describe the constitutional or statutory rights you believe the defendant(s) violated.

- At this stage in the proceedings, you do not need to cite or discuss any case law.

3.    *You are not required to attach exhibits.*

- If you do attach exhibits, you should refer to the exhibits in the statement of your claim and explain why you included them.

4.    *Be aware of the requirement that you exhaust prison grievance procedures **before** filing your lawsuit.*

- If the evidence shows that you did not fully comply with an available prison grievance process prior to filing this lawsuit, the court may dismiss the unexhausted claim(s) or grant judgment against you. *See* 42 U.S.C. § 1997e(a).

- Every claim you raise must be exhausted in the appropriate manner.

5.    *Be aware of any statute of limitations.*

- If you are suing about events that happened in the past, your case may be subject to dismissal under the statute of limitations. For example, for many civil rights claims, an action must be brought within two years from the date when the plaintiff knew or had reason to know of the injury that is the basis for the claim.

Rev. 10/20/2015

6.    *Do not include claims relating to your criminal conviction or to prison disciplinary proceedings that resulted in loss of good time credits.*

- If a ruling in your favor "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims in a civil rights complaint unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding.

Claims

List the federal right(s) that you believe have been violated, and describe what happened. Each alleged violation of a federal right should be listed separately as its own claim.

1.    **Claim 1:**

(1)    List the right that you believe was violated:

4th and 5th Constitutional Amendment rights, Title 42 section 3617, Title 18 section 1001 Federal title 18 section 2071, Federal Title 18 section 242.

(2)    List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

Tony Aguilera, Jace Gilley, Cole Jack, Marcus Mercer, Cortnie Seiss, Carrie E. Hixon

(3)    List the supporting facts:

Exibit A-7, Exibit A-6, Exibit A-5, Exibit A-3, these documents explain in detail the particulars and supporting facts of my claims.

(4)    Relief requested: (State briefly exactly what you want the court to do for you.)

Monetary Value for lawyer fees, loss of wages, deprivation of rights, legal injuries mental anguish injuries to character Publicly loss of career. I am asking for $150,000⁰⁰ from all defendants in Claim 1 for all previous stated injuries and Constitutional violations.

2.    **Claim II:**

(1)    List the right that you believe was violated:

14th Amendments right, 6th Amendments right, 8th Amendment right. (Federal Title 42 Section 3617)(Oklahoma Code 201)(Federal Title 18 Section 242) (Federal Title 18 Section 1001) 1st Amendment right, 5th Amendment right

(2)    List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

Cheyenne Underwood, Carrie E. Hixon, Cortnie Seiss, Tom Newby, August Heim, Tryston Walsh, Danielle Wilson, David A Cincotta.

(3)    List the supporting facts:

Exibit A-6 Exibit A-5 Exibit A-3 Exibit A-2 Exibit A-1 Exibit B-4 Exibit B-3 Exibit B-2 Exibit B-1. All previously stated exibits that are attached to this document prove the facts on Claim 2.

(4)    Relief requested:  (State briefly exactly what you want the court to do for you.)

Monetary relief for legal fees, loss of wages, deprivation of rights, mental anguish, strategic malicious wrongful, and forceful prosecution, asking for $ 92,350.⁰⁰ for all injuries stated in Claim 2.

If there are more than two claims that you wish to assert, describe the additional claims using this same format on a separate sheet(s).


**VI.    Declarations**

I declare under penalty of perjury that the foregoing is true and correct.


_____          02-01-24
Plaintiff's signature                                      Date


I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the ___1___ day of February, 2024.


_____          02-01-24
Plaintiff's signature                                      Date

Rev. 10/20/2015

Claim III:

1  (1) List the right that you believe was violated?
(Federal Title 18 section 242) (Oklahoma Code 201),
(Federal Title 42 section 3d4), Constitutional
Amendments # 8, 1,

2  (2) List the defendants(s) to this claim:
   Javier Martinez, Terri Terley, Eva Gray,
Christie Baird, Bruce Pittman.

3  (3) List the supporting facts:
   Ex C-1, Ex C-4, Ex C-5, Ex C-6, Ex C-8, Ex C-9, Ex A-4, Ex A-6
These exibits prove the facts of claim III

4  Relief requested:

$220,000 for all injures inquired on claim 3
this is the monetary relief I am asking for.

Claim 4:

1. (1) List the right that you believe was violated?
Constitutional Amendments 1, 4, 5, 6, 9, 8, 14,
(Federal Title 18 section 2071) (Federal Title 18 Section 1001)
all previously stated claims are interdependant upon
this claim.

2  (2) List the Defendant(s) to this claim's
   Lincoln County Sherriffs Office

3  (3) List the supporting facts:
Exibit A6, Exibit B-1, Exibit B-2, Exibit B3

4  (4) Relief Requested,
$582,350.00, is requested for all injuries
inquired and for all other stated claims being
interdependant upon this claim,

# IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF THE STATE OF OKLAHOMA SITTING IN AND FOR STEPHENS COUNT

THE STATE OF OKLAHOMA )
plaintiff, )
                           ) Case No: CM-2023-394
vs. )
TIMOTHY JAMES KELLOGG )
Defendant(s). )

## NOTICE

I the defendant of said case number CM:2023-394 do hereby formally present this notice to the District Court of Stephens County.

The objective of this notice is to solemnly obtain proper processing of all litigations to prove my innocence on multiple charges and allegations in Stephens County, Lincoln County & Garfield County. This process will protect the defendant from lack of equality in the protection of the U.S. Constitution and Laws of Oklahoma to obtain this situational awareness of not being wrongfully revoked by the Garfield County District Court & By the Oklahoma Department of Corrections Probation and Parole Office in Holdenville Oklahoma, we must first protect my First Amendment right to redress my grievances,

My Fourth amendment tobe secure and my Persons, Papers and effects, Sixth amendment to the right of a Speedy trial also be informed of the nature and cause and for obtaining witnesses and evidence in the defendants. favor and to have adequate assistance for the defendants defense. Eighth amendment right to no excessive bail, no excessive fines or no cruel and unusual punishments inflicted. Ninth amendment: To Prevent certain rights tobe violated by the State under their Seats of authority to deny my Prowess to exercise my rights and Prevent any denial or attempt to disparage my rights retained by my Citizenship. Thirteenth Amendment right tobe duly Convicted and Punished with involuntary servitude. Fourteenth Amendment no state shall enforce any law which shall abridge the privileges or immunities of citizens of the United States nor shall any State deprive any Person of life, liberty or Property without due Process of law nor to deny to any Person within its Jurisdiction the equal Protection

Page 3 of 11

Of the laws.

This can be rationalized through handling my case in Stephens County and methodically and meticulously handling all other allegations before being sent through a writ of habeas corpus and sent to Garfield County and revoked on multiple wrongful allegations. The merit on my request should prove a need for either a merger of litigations or proper migration for proper verdicts to be rendered in parallel of my protection of rights, the only way my constitutional rights both federal and state rights also my protection of the Oklahoma Statutes and regulations is to order relief granting all my previous stated requests and to communicate through proper delegations of all other countys and authorities involved.

I the defendant hereby certify all information to be true to the best of my knowledge and also hereby certify that this notice was mailed to the court clerks office via United States Postal Service.

Page
4 of 4

On this day of January
18th 2024, I affirm under the
Penalty of Perjury that all information
is Correct,

DEFENDANT SIGNATURE Timothy Kellogg

NOTARY PUBLIC State of OK
JAVIER MARTINEZ
Comm. # 14010808
Expires 11/26/26

4/24/24

EX-A 2

Pg 1 of 3

# IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF THE STATE OF OKLAHOMA SITTING IN AND FOR STEPHENS COUNTY

THE STATE OF OKLAHOMA ) Case No: CM 2023-394
Plaintiff, )
vs )
TIMOTHY JAMES KELLOGG )
Defendant(s). )

## ORDER GRANTING RELIEF ON NOTICES

Now the order granting relief on notices comes before the District Court of Stephens County the order of relief is to grant a subpoena to obtain possible police reports, body cam footage affidavits of fact from the motel manager in Marlow Oklahoma saying whether or not that the Marlow Police had permission or not to enter the motel room from the motel manager or proper consent from the occupants and to be able to prove if force intimidation, or fear was used to enter the motel room. there for proving Constitional, Federal and state violations, and Federal and State Statutes were violated which citizens of the United States and the State of Oklahoma are due the rights of the protection of the laws. there of Therefor protecting the defendant from cruel and unusual punishment or excessive

'9 2of3

fines to be imposed upon the defendant. There for proving Cheyenne Underwood counselor for the defendant, did not File the proper pretrial motions, in a timely manner to protect the defendant's Sixth Amendment, Fourth Amendment, Fifth Amendment, Eighth Amendment, Ninth Amendment, Thirteenth Amendment, and Fourteenth Amendment from being violated.

There for I, the defendant am asking For Cheyenne Underwood be removed first my case and adequate counsel be appointed, and the proper motions to be filed to prevent The Garfield County Sheriff's Office from coming and getting me and wrongful convicting me until after I am tried in Stephens County and duly convicted therefore protecting my Fourteenth Amendment right.

It is there for ordered adjudged decreed that this order of relief to be granted upon dismissal of counsel.

It is further ordered adjudged and decreed that the defendant's request for a Subpoena be granted and executed by the Stephens County Sheriff's Office it is also requested and ordered for all particulars

pg 3 of 3

in this order and previous notice be duly executed and all the expenses to the defendant be waived due to the defendant being indigent due to incarceration.

I hereby Certify that all information in this order's previously stated particulars are true to the best of my Knowledge, under the penalty of perjury.

I hereby Certify that this document was delivered to the Court Clerk's office and formally Filed.

It is so ordered

Approved:

_Timothy Kellogg_
Defendant
Signature

_Judge of the District Court._

_Assistant District Attorney_

Defendant's
Attorney

BRANDY PSAUTE
Notary Public - State of Oklahoma
Commission # 22000206
My Commission Expires 5-9-25

Brandy Psaute
1-24-24

EX-A3
Page
1 of 1

# Case no: CM-2023-394

TO: Cheyenne Underwood
have you filed for a motion for
discovery? E Have you recieved
any kind of evidence that the district
attorneys office is trying to use
against me? E Have you seen
the notice I filed with the Stephens
County Court Clerk? If you don't respond
back I'm taking it as a failure to
communicate and then I'll be filing
a complaint with the Oklahoma Bar
Association and will have you removed
as my court appointed counsel through
the official process. If you feel you
have to many clients to delegate proper time
to my case you can remove yourself from
my case to save you the embarrasment,
and I will be filing a judicial complaint
against the judge for allowing this to
take place in her courtroom.

Signed Timothy James Keller

NOTARY PUBLIC State of OK
JAVIER MARTINE
Comm. # 14019808
Expires 11/26/26

EX-A4

EX-A4

# STEPHENS COUNTY DETENTION CENTER

## REQUEST TO STAFF

FROM: Timothy Kellogg     CELL: OE3     DATE: 01-14-24

TO: Carter     (WHICH STAFF MEMBER)

I HAVE __ HAVE NOT X ALREADY SUBMITTED A REQUEST TO STAFF

DATE SUBMITTED: _____

STATE COMPLETELY THE ISSUE IN WHICH YOU NEED ASSISTANCE, MUST BE SPECIFIC TO THE ISSUE WITH ALL DETAILS, DATE, TIME, PLACES.

### ONE ISSUE PER REQUEST TO STAFF

May I please get the kiosk turned on and brought to me so I can use it and Cut my phone turned on? I should be allowed to use the phone for lawsuits. I should be have to suffer because you are your staff are angry with other issues for filing lawsuits against you. If I don't start being allowed to use the kiosk and the phone like I'm supposed to be able to I'm gonna file a lawsuit as well. Thank you and have a blessed day.

SIGNATURE: Timothy Kellogg     DATE: 01-14-24

### DO NOT WRITE BELOW LINE

DISPOSITION: It should be on. And if it is off there are certain reasons why it was off. There are other ways you can communicate to you family and friends. like writing a letter. The phones are not off because of any lawsuit. Sir do what you need to do.

STAFF MEMBER: (Baine)     DATE: 1/14/24

EX-A5

**IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF THE STATE OF OKLAHOMA SITTING IN AND FOR STEPHENS COUNTY**

THE STATE OF OKLAHOMA,  )
  )
    Plaintiff,  )  NEXT COURT DATE: 3-5-24 @ 9
  )
vs.  )  Case No. CM-2023-394
  )
TIMOTHY JAMES KELLOGG  )
  )
ADDR: 3537 US 60 Hwy #112  )
    Ponca City, OK  )  FILED DISTRICT COURT
DL: ****  )  Stephens County, Okla.
SSN: ***-**-2990  )
DOB: January, 1992  )  DEC 08 2023
  )
    Defendant(s).  )  MELODY HARPER
  Court Clerk

**INFORMATION**

**FOR:**

**COUNT 1:**    **OBSTRUCTING OFFICER ~ 21 O.S. § 540, a MISDEMEANOR**

**STATE OF OKLAHOMA, COUNTY OF STEPHENS:**

    I, Jason M. Hicks, the undersigned District Attorney of said County, in the name and by the authority of the State of Oklahoma, give information that in said County of Stephens and in the State of Oklahoma, **TIMQTHY JAMES KELLOGG** did then and there unlawfully, willfully, knowingly and wrongfully commit the crime(s) of:

**COUNT 1:**    **OBSTRUCTING OFFICER ~ a MISDEMEANOR**, on or about the 7th day of December, 2023, by obstructing Marlow Police Department, in the performance of said officer's official duty by lying about his identity.

This crime is punishable by imprisonment up to 1 year and/or up to $500, or both.


                         JASON M. HICKS
                         DISTRICT ATTORNEY

                         By: _____
                              Corthie Siess
                              Assistant District Attorney


**WITNESSES ENDORSED FOR THE STATE OF OKLAHOMA**

PRESENTING/ARRESTING OFFICER: Marcus Mercer

Tony Aguilera, Marlow Police Department, 115 N. 2nd, Marlow, OK 73055
Cassandra Eslick, 301 S. Hampton, Rush Springs, OK 73082
Evidence Custodian, Marlow Police Department, 115 N. 2nd St., Marlow, OK 73055
Jace Gilley, Marlow Police Department, 115 N. 2nd, Marlow, OK 73055
Cole Jack, Marlow Police Department, 115 N. 2nd St, Marlow, OK 73055
Marcus Mercer, Marlow Police Department, 115 N. 2nd St, Marlow, OK 73055

EX-Ab

Page
1 of 4

To the United States Western
District Courts of Oklahoma

Today I am writing to you about
multiple malicious violations of state and
federal statutes along with Constitutional
violations. These attacks against my person
range from discrimination, obscuring my legal
prowess, inhumane living conditions inhibiting proper
nutrition and denying my right to redress any issue
formally by an official process. Every since
being abused mentally and physically with
bodily fluids. I had to tell the medical
staff that I was suicidal just to get D.O.
Bruce Pittman to move me from an extremely
hostile environment. I was moved
from C-3 to H-1 to OE3. After a humiliating
experience I have been having to endure black
mold harassment from Christy Baird D.O,
Bruce Pittman allowing OE3 to get extremely small
amounts of food and my cellmate J.T. Rich, is so
desensitized to proper humane treatment that I
don't think he even realizes how badly he is
being treated anymore. The food sometimes
is so little for my cellmate and myself that
we experience not only hunger pains but
we get sick as well (in ways I do not want to
mention as it is embarrassing). From deduction
and common sense through my problem solving
skills and comments from the cells around us I

Pg 2 of 4

Can see them take food from JT's and my Trays and give it to the other inmates in the cells around us.

I am worried not only for my cellmates safety but also my own safety now that I am a part of witnessing the behavior that is allowed here in Stephens County Jail in Duncan, Oklahoma.

Now my attached corroborated documentation of them not allowing my cellmate to make calls to his family for no reason except to deprive him of his rights, it has also effected me as well. They lie about things that are protected by Federal and State laws, These things are law library, paralegal help, legal mail access to file motions, and living conditions. They are now attempting to silence me through manipulation of my outgoing mail. So that I am forced to go to Garfield County in Enid Oklahoma since I have denied Cheyenne Underwood an easy conviction because I told her I wouldn't sign for 30 days in the Stephens County Jail and that I told her to get a Motion for discovery

Page
3 of 4

and that we were taking my
Case to trial, Instead letting
her get a deal with the DA
Cortney Seiss and allow Mrs. Seiss
to railroad me, even though I am
innocent one thing I've noticed in
the State of Oklahoma, a defendant
is no longer innocent until proven
guilty, instead a defendant is guilty
until proven innocent and also in
Oklahoma the defendant doesn't
even get a fair trial at all because
the public is made to believe the lies
that not only the media likes to spread
but also what the prosecutor tells
them, and a lot of times they don't
even have enough evidence to prove
the crime was even committed by Said
defendant and then the defendant Still
gets convicted on here say, without
taking a plea deal. Stephens County
also takes days just to return copies of
letters or legal motions. They intentionally
try to make us act out of our normal
character. The OID's attorney Cheyenne
Underwood never answers calls or requests to
staff or even my families calls.

Page
4 of 4

We are at a complete disadvantage and as well as they leave the lights on in OE3 24/7 almost like a P.O.W. Camp. I am also attaching a copy of what lead me to the Stephens County Jail in hopes that all this info will help shine a light on my situation and others mistreatment inside the Stephens County Jail. I am also asking for all documents to file a legal claim on all party's involved.

You might want to send the documents not only to Stephens County Jail, but also to Garfield County Detention Center because I might get transferred to Garfield County jin Enid, Oklahoma soon.

1

EX-A7

To Whom it may Concern
I Timothy James Kellogg need
the official formal Complaint-forms to
file a 1983 civil action suit against
certain individuals in Stephens County.
On December 7th 2023 I
Timothy James Kellogg was at the Century
Motel with Cassandra Eslick the Woman
I was seeing at the time When the marlow
Police officers Tony Aguilera 115 N. 2ND
Marlow, OK 73055 Jace Gilley Marlow
Police Department, Cole Jack, Marlow
Police Department, Marcus Mercer Marlow
Police Department, all these officers showed
up at the Century Motel where I was
Seeing Cassandra Eslick at first the officers
Came to the motel to check on the next door
neighbor Cassandra went outside to my
silver 2005 dodge Neon to get my clothes out
for me like I asked her she went out to my car 3
times. Then the the officers left & then
Come back to the motel & then Knocked on
Cassandra's & my door to our room at the motel
While I was in the bathroom I overheard
Captain Tony Aguilera asking Cassandra if they
Could come inside the room she then told them yes
I overheard Captain Tony Aguilera ask Cassandra if
any one else was inside the room she said yes

her friend Captain Tony Aguilera
then asked Cassandra if I had any
warrants, Cassandra told Captain
Tony Aguilera Possibly, Captain
Tony Aguilera then tells me
            to come into the living room
I told him I was using the bathroom
he tells me I have 2 seconds to come
into the living room or he was coming in the
bathroom with me, then Captain Aguilera
asks me what my name is I didn't tell
Captain Aguilera anything except that I
was exercising my Miranda right to remain
silent, then lieutenant Marcus Mercer
tells me to put my hands behind my back
lieutenant Mercer then says that I am being
detained, Captain Tony Aguilera & Lieutenant
Marcus Mercer both ask me why I am sweating
so much and also ask me & Cassandra
why we are so nervous Cassandra told
Captain Tony Aguilera it's because she just got
out of the hospital & that she has bad anxiety
both Captain Aguilera & Lieutenant Mercer
ask her & me if there were any illegal drugs
in the room Cassandra told them no
CPT Aguilera & L.T. Mercer also ask me
if one of Cassandra's pill bottles was mine

2

then CPT. Aguilera & LT. Mercer
both start asking Cassandra & I
whose car is outside parked in front
of the room in the parking lot & if it was
stolen & why didn't it have a license
plate on it I said because I just bought it
CPT. Aguilera asks me who I bought it from
& where I bought it I told CPT Aguilera
from Kerry Chase in Seminole Oklahoma
& that state statute says that I can
legally drive a vehicle for 15 days
after purchasing it without it in my name
& without a license plate then I legally
have to park it until it's in my name
& has a license plate & insurance on it,
CPT Aguilera asks Cassandra to open the
car door so he could inspect the Vin Number
I then tell CPT Aguilera I do not consent to
no searches or seizures he then makes
Cassandra open the door anyway the way
they identified me was by forcing their way
into the room by intimidating my girlfriend Cassandra
Eslick causing her anxiety to bother her to the
point of being afraid of the police and the police
and Coerced Cassandra into telling them that I possibly
had warrants so they could detain me
& by doing so they illegally searched my person

3

after I told the police that I
was exercising my rights to remain
silent & that I did not consent, no
searches or seizures the police
found my wallet in my back pocket of
my jeans & searched my wallet & found
my drivers license & ran my name through
their dispatch center. & found out I had a warrant
out Lincoln county.